

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

§

ROSSANA LACARBONARA,  §  No. 08-13-00262-CR

Appellant,  §  Appeal from the

v.  §  41st District Court

THE STATE OF TEXAS,  §  of El Paso County, Texas

State.  §  (TC# 20090D02792)

§

**O R D E R**

The Court GRANTS the Appellant's fourth motion for extension of time within which to file the brief until **March 17, 2014**. NO FURTHER MOTIONS FOR EXTENSION OF TIME TO FILE THE APPELLANT'S BRIEF WILL BE CONSIDERED BY THIS COURT.

It is further ORDERED that the Hon. Leonard Morales, the Appellant's attorney, prepare the Appellant's brief and forward the same to this Court on or before March 17, 2014.

If the brief is not filed by the due date or if another extension request is made, the Court will consider whether it should issue an order to the trial court to conduct a hearing to determine why the brief has not been filed in accordance with Tex.R.App.P. 38.8(b).

IT IS SO ORDERED this 19th day of February, 2014.


PER CURIAM

Before McClure, C.J., Rivera and Rodriguez, JJ.